U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**March 13, 2024**

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*[signature: Thomas M. Renn]*

U.S. Bankruptcy Judge

ORAAC (7/14/23) bdw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
 **Elisa Ann Bos** ) Case No. **24–60102–tmr7**
Debtor )
 )
 ) ORDER RE REAFFIRMATION
 ) AGREEMENT (NO HEARING HELD)
 )
 )

A reaffirmation agreement between debtor and creditor Toyota Motor Credit Corporation was filed on 3/13/2024 as ECF No. 12 .

The court will not hold a hearing to consider approval of the agreement, which is neither approved nor disapproved, because an attorney represented debtor in the course of negotiating the agreement and the attorney signed the 11 U.S.C. § 524(c) certification satisfying the condition to the agreement's enforceability in §524(c)(3) and making §524(c)(6)(A) inapplicable. There is no presumption of undue hardship under 11 U.S.C. § 524(m).

###